# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tammy Hussin individually and on behalf of all others similarly situated,<br><br>                                                   Plaintiff,<br><br>v.<br><br>Federal Financial Group, LLC,<br><br>                                                   Defendant. | Case No.:  15cv923 MMA (NLS)<br><br>**SCHEDULING ORDER REGULATING DISCOVERY AND CLASS CERTIFICATION MOTION FILING DEADLINE** |

Pursuant to Rule 16.1(d) of the Local Rules, the Court held a Case Management Conference on July 15, 2015.  After consulting with the attorneys of record, being advised of the status of the case, and good cause appearing, **IT IS ORDERED**:

1. The Rule 26(f) conference must be completed by **July 29, 2015**.

2. Initial disclosures pursuant to Rule 26(a)(1)(A-D) must occur by **August 5, 2015**.

3. Any motion to join other parties, to amend the pleadings, or to file additional pleadings must be filed by **September 14, 2015**.

4. Fact and class discovery are not bifurcated but class discovery must be completed by all parties by **January 15, 2016**.  "Completed" means that all discovery under Rules 30-36 of the Federal Rules of Civil Procedure, and discovery subpoenas

under Rule 45, must be initiated a sufficient period of time in advance of the cut-off date, **so that it may be completed** by the cut-off date, taking into account the times for service, notice and response as set forth in the Federal Rules of Civil Procedure.  **Counsel must promptly and in good faith meet and confer with regard to all discovery disputes in compliance with Local Rule 26.1(a).**  The Court expects counsel to make every effort to resolve all disputes without court intervention through the meet and confer process.  If the parties reach an impasse on any discovery issue, counsel must, **within forty-five (45) days of the date upon which the event giving rise to the dispute occurred**, file a joint statement entitled, "Joint Motion for Determination of Discovery Dispute."  The parties must comply with Judge Stormes' "Chambers' Rules" (available on the court's website) when filing such a motion.

5.   Plaintiff must file a motion for class certification by **February 16, 2016**.

6.   The parties must contact the Magistrate Judge's Chambers within three court days of receiving a ruling on the class certification motion to set a date for a further Case Management Conference.

**IT IS SO ORDERED.**

Dated:  July 15, 2015

_____
Hon. Nita L. Stormes
United States Magistrate Judge