David J. Kaminski (SBN: 128509)
kaminskid@cmtlaw.com
Stephen A. Watkins (SBN: 205175)
watkinss@cmtlaw.com
**CARLSON & MESSER LLP**
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile
*Attorneys for Defendant,*
*FEDERAL FINANCIAL GROUP, LLC*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY HUSSIN, on behalf of himself and all others similarly situated,<br><br>            Plaintiff,<br><br>FEDERAL FINANCIAL GROUP, LLC,<br><br>            Defendant. | Case No. 15-cv-00923-MMA-NLS<br><br>**NOTICE OF SETTLEMENT** |

**TO THE COURT, PARTIES AND THEIR ATTORNEYS:**

**PLEASE TAKE NOTICE** that Defendant FEDERAL FINANCIAL GROUP, LLC and Plaintiff TAMMY HUSSIN have agreed to settle the above-entitled matter.  The parties anticipate that they will finalize the settlement and file a request to dismiss Defendant pursuant to Federal Rule of Civil Procedure

41(a)(1), no later than 45 days from the date of this Notice. The parties request that the Court take off calendar all future hearing dates in this matter.

**KAZEROUNI LAW GROUP, APC**

Dated: September 29, 2015

s/ Abbas Kazerounian
Abbas Kazerounian
*Attorneys for Plaintiff,*
*TAMMY HUSSIN*

**CARLSON & MESSER LLP**

Dated: September 29, 2015

s/ David J. Kaminski
David J. Kaminski
Stephen A. Watkins
*Attorneys for Defendant,*
*FEDERAL FINANCIAL GROUP, LLC*

# SIGNATURE CERTIFICATION

    Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Abbas Kazerounian, counsel for Plaintiff, and that I have obtained his authorization to affix his electronic signature to this document.

**CARLSON & MESSER LLP**

Dated: September 29, 2015          s/ David J. Kaminski
                                              David J. Kaminski
                                              Stephen A. Watkins
                                              *Attorneys for Defendant,*
                                              *FEDERAL FINANCIAL GROUP, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this **29th** of **September 2015**, a true and accurate copy of the foregoing **NOTICE OF SETTLEMENT** was served via the U.S. District Court ECF system on the following e-mail(s):

ak@kazlg.com

                                    s/ David J. Kaminski
                                    David J. Kaminski