# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY HUSSIN, on behalf of himself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>FEDERAL FINANCIAL GROUP, LLC,<br><br>　　　　　　　Defendant. | Case No. 15-cv-00923-MMA-NLS<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |

Upon due consideration, good cause appearing, the Court **GRANTS** the parties' Joint Motion to Dismiss Plaintiff Tammy Hussin's individual claims, *with prejudice*, and to dismiss without prejudice the putative class action claims asserted by Plaintiff, pursuant to Federal Rule of Civil Procedure 41.  Each party to bear their respective attorneys' fees and costs.

　　**IT IS SO ORDERED.**

Dated:  October 20, 2015

　　　　　　　　　　　　　　　　　*/s/ Michael M. Anello*
　　　　　　　　　　　　　　　　　Hon. Michael M. Anello
　　　　　　　　　　　　　　　　　United States District Judge